McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JOHN SOUTHWELL-GRAY,  )<br>                                                              )<br>    Plaintiff,                                          )<br>                                                              )<br>    v.                                                     )<br>                                                              )<br>MICHAEL CHERTOFF, Secretary of    )<br>Homeland Security, et al.                      )<br>                                                              )<br>    Defendants.                                     )<br>_____)  | No. 07-S-CV-2634 FCD EFB<br><br>JOINT STIPULATION RE: EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The government respectfully informs the Court that the delay in the processing of Mr. Southwell-Gray's application is the Federal Bureau of Investigations background name check. It is anticipated that once the background name check is complete, CIS will immediately conclude the adjudication of the application. Accordingly, in the hopes that the name check will be completed shortly, the parties stipulate to a 60-day extension of time in which to file the government's answer to the complaint, until April 11, 2008.

Dated: January 30, 2008

                                                        McGREGOR W. SCOTT
                                                        United States Attorney


                                            By:    /s/Audrey Hemesath
                                                        Audrey B. Hemesath
                                                        Assistant U.S. Attorney
                                                        Attorneys for the Defendants

-1-

By: /s/ Scott A. Mossman
Scott A. Mossman
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to April 11, 2008, and that the time for filing the joint status report be similarly extended to April 11, 2008.

IT IS SO ORDERED.

DATED: January 31, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE