McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN JOHN SOUTHWELL-GRAY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MICHAEL CHERTOFF, et al.,  )<br>  )<br>    Defendants.  )<br>_____ ) | 07-CV-S-2634 FCD EFB<br><br><br><br>**STIPULATION RE:<br>DISMISSAL AND<br>ORDER** |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his application to adjust status. The parties respectfully inform the Court that as of the date of this filing, the application has been adjudicated at the administrative level, such that the pending mandamus petition is moot. The parties consequently stipulate that the case be dismissed.

Dated: April 9, 2008                                                  Respectfully Submitted,

                                                                                                       McGREGOR W. SCOTT
                                                                                                             United States Attorney


                                                        By:     /s/Audrey Hemesath
                                                                        Audrey B. Hemesath
                                                                        Assistant U.S. Attorney
                                                                        Attorneys for the Respondents

1

Case 2:07-cv-02634-FCD-EFB   Document 12   Filed 04/10/08   Page 2 of 2

By:   /s/ Scott Andrew Mossman
Scott Andrew Mossman
Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is dismissed.

IT IS SO ORDERED.

DATED: April 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2